SUMMONS - CIRCUIT COURT 3101 (Rev. 6/18)

**STATE OF ILLINOIS**  **UNITED STATES OF AMERICA**  **COUNTY OF DU PAGE**
**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

PRIORITY TRANS, INC.
PLAINTIFF

vs

SNYDER INDUSTRIES, INC.
DEFENDANT

CASE NUMBER: 2018L000861

**SUMMONS**
**CIRCUIT COURT**

File Stamp Here

[X] ORIGINAL [ ] ALIAS

To each Defendant: Snyder Industries, Inc. c/o - Basil Campbell, Registered Agent for Snyder; 1005 Atlantic Dr., West Chicago, IL 60185

You are Summoned and Required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the Clerk of the Circuit Court, 505 N. County Farm Road, Wheaton, Illinois, within 30 days after service of this summons not counting the day of service.

If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**To the Officer**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than three (3) days before the date of appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than thirty (30) days after its date.

**DATE OF SERVICE**

TO BE INSERTED BY OFFICER ON COPY LEFT WITH DEFENDANT OR OTHER PERSON

Name: **CHAWLA & RAVANI, P.C.**   [ ] Pro Se
DuPage Attorney Number: 298354
Attorney for: Plaintiff
Address: 3908 N. Cass Avenue
City/State/Zip: Westmont, IL 60559
Telephone Number: (630) 325-5557
Email: tschawla@chawlaravani.com

**WITNESS:**

**CHRIS KACHIROUBAS**, Clerk of the Eighteenth Judicial Circuit Court, and the seal thereof, Wheaton, Illinois

**Electronically Issued**
Date 07/26/2018
CHRIS KACHIROUBAS, Clerk
Deputy Clerk

By KUFER, JAMES

4329290

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**NOTE:**

The filing of an appearance or answer with the Circuit Court Clerk requires a statutory filing fee, payable at the time of filing.

If you need legal advice concerning your legal responsibility as a result of this summons being serviced upon you and you don't have a lawyer, you can call the DuPage Bar Association, Lawyer Referral Service at 630-653-9109.

CHRIS KACHIROUBAS, CLERK OF THE 18th JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60187-0707

Document received on 7/26/18 4:49 PM  Document accepted on 07/27/2018 08:19:17 # 4329290/170431030218

**Exhibit A**

SUMMONS - CIRCUIT COURT                                            3101 (Rev. 6/18)

## SHERIFF'S FEES

Service and return .................................................................... $ _____

Miles _____ .................................................................... $ _____

Total .................................................................................... $ _____

Sheriff of _____ County

## SHERIFF'S RETURN

I certify that I served this summons on defendant as follows:

☐ (a) **(Individual - personal):**
By leaving a copy and a copy of the complaint with each individual as follows:

☐ (b) **(Individual - abode):**
By leaving a copy and a copy of the complaint at the usual place of abode of each individual with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and the complaint in a sealed envelope with postage fully prepaid, addressed to each individual at the usual place of abode, as follows:

☐ (c) **(Corporation):**
By leaving a copy and a copy of the complaint with the registered agent, officer, or agent of each corporation as follows:

☐ (d) **(Other service):**

☐ (e) **(Unable to Serve):**
By _____, Deputy Badge Number: _____

---

Name of Defendant _____          Name of Defendant _____

Name of Person                                 Name of Person
summons given to _____            summons given to _____

Sex_____ Race_____ Approximate age_____    Sex_____ Race_____ Approx. age_____

Place of service _____            Place of service _____

City, State _____                 City, State _____

Date of service _____ Time _____    Date of service _____ Time _____

Date of Mailing _____             Date of Mailing _____

                                               Sheriff of _____ County

Special Process Server of _____   County Illinois License # _____

                                               By _____

---

CHRIS KACHIROUBAS, CLERK OF THE 18th JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60187-0707

Document received on 7/26/18 4:49 PM  Document accepted on 07/27/2018 08:19:17 # 4329290/170431030218

IN THE CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT
DUPAGE COUNTY, WHEATON, ILLINOIS

| | | |
|---|---|---|
| PRIORITY TRANS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2018L000861 |
| | ) | |
| SNYDER INDUSTRIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

*Chris Kachiroubas*
e-filed in the 18th Judicial Circuit Court
DuPage County
TRAN# : 170431030218/( 4329290 )
2018L000861
FILEDATE : 07/26/2018
Date Submitted : 07/26/2018 04:49 PM
Date Accepted : 07/27/2018 08:19 AM
KUFER,JAMES
10-23-2018 rm2020 9am

## COMPLAINT AT LAW

NOW COMES Plaintiff PRIORITY TRANS, INC., an Illinois Corporation by and through its attorneys, T. PAUL S. CHAWLA and CHAWLA & RAVANI, P.C., who complains of Defendant SNYDER INDUSTRIES, INC. as follows:

### NATURE OF THE ACTION

1. This cause of action arises out of a claim by Plaintiff, PRIORITY TRANS, INC. ("Plaintiff"), in seeking relief against Defendant, SNYDER INDUSTRIES, INC. ("Defendant") for damages suffered by Plaintiff as a result of Defendant's repeated failure to compensate Plaintiff for its services rendered. The services have been fully and properly performed and invoices have been rendered for all such services.

### PARTIES, JURISDICTION, AND VENUE

2. Plaintiff, PRIORITY TRANS, INC., at all times relevant herein is an Illinois corporation in good standing duly licensed and organized under the laws of the State of Illinois with its principle place of business in DuPage County, Illinois.

3. Plaintiff is in the business of providing transportation services.

4. Defendant, SNYDER INDUSTRIES, INC., at all times relevant herein is a Nebraska corporation engaged in the business of manufacturing plastics and other products in

DuPage County, Illinois.

5. Defendant, at all times relevant herein operated out of its Bensenville Plant located at 736 Birginal Dr., Bensenville, Illinois 60106.

6. Defendant is a former client of Plaintiff.

7. Defendant hired Plaintiff to provide transportation services for goods Defendant had manufactured.

8. Venue is appropriate in this judicial circuit in accordance with 735 ILCS 5/2-101(2) because all the transactions that form the basis for this Complaint occurred in DuPage County, Illinois.

## FACTUAL BACKGROUND

9. Defendant contracted Plaintiff to provide transportation services for Defendant's benefit in connection with transporting goods to Defendant's clients. Defendant agreed to compensate Plaintiff for its services based on the agreed upon pricing.

10. Plaintiff was to provide transportation services, inclusive of loading, unloading, dispatch, labor, services, and equipment (collectively "Work"), for Defendant.

11. The agreement reached between the parties obligates Defendant to pay Plaintiff for services rendered.

12. In exchange for the Work and transportations services pursuant to the terms of the invoices provided, Defendant agreed to pay Plaintiff the sum of $135,596.03, which is still due and owing.

13. Plaintiff has submitted invoices to Defendant for the Work.

14. Despite repeated demands by Plaintiffs, Defendant has refused to pay these invoices.

2

## COUNT I
## BREACH OF CONTRACT

15. Plaintiff realleges and incorporates by reference Paragraphs 1-14 of its Complaint as inclusive of Count I as though they were fully set forth herein.

16. Defendant contracted Plaintiff to provide transportation services for Defendant's benefit in connection with transporting goods to Defendant's clients. Defendant agreed to compensate Plaintiff for its services based on the agreed upon pricing.

17. Plaintiff provided Work to the exclusive benefit of Defendant.

18. Defendant has failed to pay the Plaintiff.

19. There is due and owing the sum of $135,596.03, the balance of fees and costs.

20. That the amounts due herein are for a liquidated sum on costs and attorneys' fees in connection with the above-mentioned problems. Defendant has acted vexatiously in delaying payment on such invoices. Accordingly, pre-judgment interest is due on these amounts pursuant to 815 ILCS 205/2.

WHEREFORE, Plaintiff, PRIORITY TRANS, INC. asks for judgment against Defendant SNYDER INDUSTRIES, INC. for actual damages in an amount of $135,596.03, together with statutory pre and post judgment interest, reasonable attorney fees and costs of this suit, and for any further relief that this Court deems just and fair in this matter.

## COUNT II
## ACCOUNT STATED

21. Plaintiff realleges and incorporates by reference Paragraphs 1-20 of its Complaint as inclusive of Count II as though they were fully set forth herein.

22. Throughout the relationship between the parties, Plaintiff has rendered invoices constituting statements of accounts for amounts owed by Defendant in exchange for services

rendered by Plaintiff.

23. During this time, Defendant has retained the aforementioned invoices for a substantial period of time without objection.

24. Defendant has recognized and Plaintiff the correctness of the account, as reflected in the invoices submitted by Plaintiff, without contesting the same.

25. Defendant, on numerous occasions, has promised to pay the outstanding balance due and owing to Plaintiff.

26. Defendant's failure to pay to object to the invoices from Plaintiff constitutes an acceptance of the amounts due and owing as reflected in the aforementioned invoices.

27. Defendant has failed to make payments to Plaintiff who, as a result, has sustained damages.

28. That the amounts due herein are for a liquidated sum on costs and attorneys' fees in connection with the above-mentioned problems. Defendant has acted vexatiously in delaying payment on such invoices. Accordingly, pre-judgment interest is due on these amounts pursuant to 815 ILCS 205/2.

WHEREFORE, PRIORITY TRANS, INC., respectfully requests entry of a judgment against SNYDER INDUSTRIES, INC. in the amount of $135,596.03, together with statutory pre and post judgment interest, reasonable attorney fees and costs of this suit, and for any further relief that this Court deems just and fair in this matter.

## COUNT III
## QUANTUM MERUIT

29. Plaintiff realleges and incorporates by reference Paragraphs 1-28 of its Complaint as inclusive of Count III as though they were fully set forth herein.

30. Plaintiff rendered services in the form of shipping goods on behalf of the

4

Defendant and upon the request and consent of Defendant.

31. The services Plaintiff provided to Defendant had a reasonable value of $135,596.03.

32. Defendant has recognized and acknowledged the correctness of the account, as reflected in the invoices submitted by Plaintiff, without contesting the same.

33. Upon demand by Plaintiff for payment, Defendant, on numerous occasions, has promised to pay the outstanding balance due and owing to Plaintiff.

34. Defendant has failed and refuses to make payments to Plaintiff who, as a result, has sustained damages.

35. That the amounts due herein are for a liquidated sum on costs and attorneys' fees in connection with the above-mentioned problems. Defendant has acted vexatiously in delaying payment on such invoices. Accordingly, pre-judgment interest is due on these amounts pursuant to 815 ILCS 205/2.

WHEREFORE, PRIORITY TRANS, INC., respectfully requests entry of a judgment against SNYDER INDUSTRIES, INC. in the amount of $135,596.03 which is the reasonable value of the services provided, together with statutory pre and post judgment interest, reasonable attorney fees and costs of this suit, and for any further relief that this Court deems just and fair in this matter.

## COUNT IV
## UNJUST ENRICHMENT

36. Plaintiff realleges and incorporates by reference Paragraphs 1-35 of its Complaint as inclusive of Count IV as though they were fully set forth herein.

37. Plaintiff conferred a benefit on Defendant by rendering services in the form of shipping goods on behalf of the Defendant and upon the request and consent of Defendant.

5

38. Defendant has recognized and acknowledged they have received a benefit from Plaintiff in the form of services rendered that amounted to $135,596.03.

39. Defendant has accepted and retained the benefit of the services and has unjustly withheld providing any compensation to Plaintiff.

40. That the amounts due herein are for a liquidated sum on costs and attorneys' fees in connection with the above-mentioned problems. Defendant has acted vexatiously in delaying payment on such invoices. Accordingly, pre-judgment interest is due on these amounts pursuant to 815 ILCS 205/2.

WHEREFORE, PRIORITY TRANS, INC., respectfully requests entry of a judgment against SNYDER INDUSTRIES, INC. in the amount of $135,596.03, which is the value of the benefit of the services provided, together with statutory pre and post judgment interest, reasonable attorney fees and costs of this suit, and for any further relief that this Court deems just and fair in this matter.

## COUNT V
## FRAUDULENT CONCEALMENT

41. Plaintiff realleges and incorporates by reference Paragraphs 1-40 of its Complaint as inclusive of Count V as though they were fully set forth herein.

42. Plaintiff is informed and believes and thereon alleges that Defendant knew of the unauthorized transactions and lack of intent to provide payment alleged herein and knowingly concealed said material facts from Plaintiff.

43. Plaintiff is informed and believes and thereon alleges that Defendant concealed the unauthorized transactions and lack of intent to provide payment with the intent to deceive Plaintiff and to induce Plaintiff to continue to perform under the Contract and continue to provide services based on a promise of payment to Plaintiff for services rendered on behalf of

6

Defendant.

44. Plaintiff continued to perform under the Contract and continued to provide services to Defendant in justifiable reliance on the facts as it knew them, and Plaintiff could not have discovered the truth through reasonable inquiry or inspection.

45. Defendant controlled the flow of information pertaining to false statements and lack of intent to make payments to Plaintiff.

46. As a direct and proximate result of Defendant's aforesaid concealment, Plaintiff sustained and continues to sustain damage, including costs of $135,596.03, in an amount in excess of the minimal jurisdiction of this Court, to be established at trial according to proof.

47. That the amounts due herein are for a liquidated sum on costs and attorneys' fees in connection with the above-mentioned problems. Defendant has acted vexatiously in delaying payment on such invoices. Accordingly, pre-judgment interest is due on these amounts pursuant to 815 ILCS 205/2.

WHEREFORE, Plaintiff, PRIORITY TRANS, INC. asks for judgment against Defendant SNYDER INDUSTRIES, INC. for actual damages in the amount of $135,596.03, together with statutory pre and post judgment interest, reasonable attorney fees and costs of this suit, and for any further relief that this Court deems just and fair in this matter.

|  |  |
|---|---|
| T. Paul S. Chawla<br>CHAWLA & RAVANI, P.C.<br>3908 N. Cass Avenue<br>Westmont, IL 60559<br>Phone: (630) 325-5557<br>Email: tschawla@chawlaravani.com<br>DuPage Attorney No.: 298354 | Respectfully submitted,<br><br>PRIORITY TRANS, INC.<br>An Illinois Corporation<br><br>By: _____<br>One of its attorneys |

Document received on 7/26/18 4:49 PM   Document accepted on 07/27/2018 08:19:20 # 4329290/170431030218